**Robert W. STEELE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**Robert W. Steele, Petitioner,**

v.

**Department of Agriculture, Respondent.**

**Nos. 2013–3065, 2014–3055.**

United States Court of Appeals, Federal Circuit.

May 30, 2014.

Robert W. Steele, Versailles, IN, pro se.

Lindsey Schreckengost, Esq., Merit Systems Protection Board, Washington, DC, for Respondent.

**ORDER**

Upon further consideration, the court construes Robert W. Steele's April 3, 2014 submissions, Docket Entry 33 in Appeal No. 13–3065, as his entry of appearance, informal brief, Rule 15(c) statement concerning discrimination, and motion and declaration for leave to proceed in forma pauperis in Appeal No. 14–3055.

Accordingly,

IT IS ORDERED THAT:

(1) The clerk's office shall file Docket Entry Nos. 33 and 35 from Appeal No. 13–3065 in Appeal No. 14–3055.

(2) The Department of Agriculture shall file its informal brief in Appeal No. 14–3055 within 21 days from the date of filing of this order.